

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00258-CV

**THIRTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($38,400.00) UNITED STATES CURRENCY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00346
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's brief was due February 6, 2019. On February 7, 2019, appellee filed a motion to extend time, requesting a forty-five (45) day extension of time to file its brief. After consideration, we **GRANT** appellee's request for an extension and **ORDER** appellee's brief due **on or before March 25, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court